UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scale Video Coding LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Brightcove, Inc.,<br><br>　　　　Defendant. | No.  2:21-cv-8156-JAK-MAA<br><br>**ORDER RE NOTICE OF VOLUNTARY DISMISSAL (DKT. 24, 25)**<br><br>**JS-6** |

Based on a review of Plaintiff's Notice of Voluntary Dismissal (Dkt. 23), sufficient good cause has been shown for certain requested relief. Therefore, the relief requested is **GRANTED IN PART**. All claims for relief asserted against Brightcove, Inc. by Scale Video Coding LLC herein are dismissed, without prejudice.

**IT IS SO ORDERED.**

Signed on this 11 day of January, 2022

_____
John A. Kronstadt
United States District Judge